# FILED

04/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0098

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0098

IN THE MATTER OF:

A.H.R.,

Youth in Need of Care.

## ORDER GRANTING MOTION FOR
## FIRST EXTENSION OF TIME

Upon consideration of Appellant's Father's motion for extension of time, and good cause appearing therefore, Appellant Father is granted an extension of time until June 4, 2021, to prepare, serve, and file his Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Grant of Extension of Time
Chief Justice, Montana Supreme Court
April 27 2021
PAGE 1